FILED

2019 DEC 27  PM 1:46

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____

1   Dorothy Calabrese, M.D.,
    Next Friend for Melissa Calabrese
2   2449 South El Camino Real
    San Clemente, CA 92672-3351
3   T. 949.369.6679  F. 949.369.9674
    enviromed@msn.com
4

5              UNITED STATES DISTRICT COURT

6              CENTRAL DISTRICT OF CALIFORNIA

7   MELISSA CALABRESE, by and          No.:
8   through Dorothy Calabrese, M.D. her     EDCV19-02492 CBM SPx
    Next Friend and Attorney-in-Fact,   COMPLAINT FOR
9              Plaintiff,               DECLARATORY
10         vs.                          AND INJUNCTIVE RELIEF
11  STATE OF CALIFORNIA               (Violation of Fourteenth
                                       Amendment Rights)
12  COUNTY OF ORANGE
13  PROVIDENCE ST. JOSEPH HEALTH
14  MISSION HOSPITAL REGIONAL
15  MEDICAL CENTER,
16         Defendants.
17

18  COME NOW, the Plaintiff brings this action to protect the State of California's

19  residents who are gravely-mentally disabled, unable to provide their own food,

20                              1

COMPLAINT FOR DECLARATORY & INJUNCTIVE RELIEF

(Violation of Fourteenth Amendment Rights)

1   clothing and housing, who are denied equal protection under the Defendants' "as

2   applied" interpretation of the Lanterman Petris Short (LPS) Act of 1967 (Sections

3   5150, 5151 and 5152 of the Welfare and Institutions Code).

## INTRODUCTION

1.      Defendants application of the statute is unconstitutional "as applied" to the particular facts that this complaint presents including violations of the:

    a. United States Constitution Fourteenth Amendment.

    b. Americans with Disabilities Act of 1990, 42 U.S.C. § 12131 et seq.

    c. Section 504 of the Rehabilitation Act, 29 U.S.C. § 794.

    d. Protection & Advocacy for Individuals with Mental Illness Act, 42 U.S.C. § 10801

    e. U.S. Code § 9501 Bill of Rights

    f. Title IV, Civil Rights Act of 1964, 42 U.S.C. § 2000c et seq.

    g. California Unruh Civil Rights Act

## JURISDICTION AND VENUE

2.      Jurisdiction is proper under 28 U.S. Code § 1331.

3.      An actual, present and justiciable controversy exists between the parties within the meaning of 28 U.S.C. § 2201(a), and this Court has authority to grant

1  declaratory and injunctive relief under 28 U.S.C. §§ 1651, 2201 and 2202.

2  4.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391.

3  Plaintiff is a resident of Riverside County CA in a designated geographic-annex

4  area where Orange County, CA. is legally required to provide police, fire, schools,

5  emergency medical services, and transport to Mission Hospital, our only local

6  hospital.

## PARTIES

5.      Plaintiff, Melissa Calabrese, is an individual residing in the County of

Riverside.

6.      Defendant, The State of California, represented by and through its Attorney

General, is a sovereign state of the United States of America.   The Attorney

General is the chief law officer and has the authority to protect the rights and

interests of California. Cal. Const., art. V, § 13; Cal. Gov't Code §§ 12511, 12600-

12. The Attorney General has independent constitutional, common law, and

statutory authority to make sure the LPS Act "as applied" is faithfully executed

under "equal protection of the laws."

7.      Defendant, Orange County is a California municipality organized and

existing under the laws of the State, responsible for "equal protection of the laws."

3

COMPLAINT FOR DECLARATORY & INJUNCTIVE RELIEF

(Violation of Fourteenth Amendment Rights)

8.      Defendant, Providence St. Joseph Health   (hereinafter "Providence"), includes St. Joseph Hospital in Orange and Mission Hospital Regional Medical Center (hereinafter "MHRMC") where it is in the business of operating health care facilities, as defined in Health and Safety Code, Section 1250 and other applicable statutes, engaged in the business of providing medical care, treatment and supervising the medical care and treatment of patients. Providence, which participates in the DHHS Medi-Cal program,  provides medical and surgical but no psychiatric beds to Medi-Cal patients, like Plaintiff. MHRMC's two hospitals are:

a. Mission Hospital - Mission Viejo (hereinafter "Mission Hospital MV") located at 27700 Medical Center Rd., Mission Viejo, CA 92691.  It has no psychiatric unit and is not a participating LPS hospital.

b. Mission Hospital - Laguna Beach (hereinafter "Mission Hospital LB") located at 31872 Coast Hwy, Laguna Beach, CA 92651.  It has a dedicated psychiatric unit. It is a participating LPS hospital.

# FACTUAL ALLEGATIONS

9.      Since 2008, Providence has admitted Plaintiff for many psychiatric hospitalizations at St. Joseph Hospital and then Mission Hospital.

4

10. St. Joseph, an LPS hospital, administered **unsuccessful psychiatric drug trials and ELEVEN electroshock treatments** to Plaintiff while she was on premium private health care insurance through the California Medical Association after her first suicide attempt.

11. St. Joseph then repeatedly denied Plaintiff her LPS Act rights at discharge. **This was the 1st discriminatory "as applied" LPS Act violation against Plaintiff.**

12. Plaintiff had a psychotic break on 09-06-18. She ran for three-and-a-half days through the Cleveland National Forest without any sleep until she ran out of food and water. Burned, dehydrated and delirious she jumped from a 60' beach cliff onto the rocks. The Mission Hospital MV trauma team saved her life.

13. The Mission Hospital MV and Mission Hospital LB psychiatrists however illegally denied Plaintiff any judicial review during her one month hospitalization. The Providence Associate General Counsel for St. Joseph Hospital of Orange, Mission Hospital MV and Mission Hospital LB stated there would be no LPS Act rights for Plaintiff based on Providence policy. Plaintiff met every criteria for LPS Act protections. Nothing in her chart indicates why she was excluded. Plaintiff was discharged psychotic to the street across from a beach cliff. She was wrapped in cervical, thoracic and arm braces like a mummy, unable to tie her shoes - while

COMPLAINT FOR DECLARATORY & INJUNCTIVE RELIEF

(Violation of Fourteenth Amendment Rights)

ironically released shoeless. **This was the 2nd discriminatory "as applied" LPS Act violation against Plaintiff.**

14.     On 02-14-19, the County of Orange invoked a 5150 for Plaintiff and had her admitted to Mission Hospital LB with **Exhibit A UNDER SEAL - Confidential Report of the Court Investigator** Pursuant to § 1826 of the California Probate Code, Superior Court of California, County of Riverside (filed under seal on 02-11-19).

15.     After a five-day psychiatric hold in a medical floor, again denied any judicial review, Plaintiff was abandoned to a homeless shelter with no possessions or money.  She spent her days walking alone on the streets of Anaheim for months denied any psychiatric or other care.   She relied on non-potable water and scavenged food. She scrubbed floors with benzene sulfonate (which she was allergic to) to "pay" for her bed at the shelter.  She was punished for not getting back to the shelter on time when she had no watch, no phone, no bus pass or any relief from the social safety net that she qualified for.  Plaintiff was repeatedly told she could not stay at the shelter and needed to live independently.  If she had a substance abuse problem or committed a crime, she would have had judicial review, board and care, rehabilitation and a comprehensive program under the collaborative court for the mentally ill (WIT – *Whatever it Takes Court*). **This was**

COMPLAINT FOR DECLARATORY & INJUNCTIVE RELIEF

(Violation of Fourteenth Amendment Rights)

**the 3rd discriminatory "as applied" LPS Act violation against Plaintiff.**

## CLAIM FOR RELIEF

16.     Twenty years ago, in OLMSTEAD V. L. C. (98-536) 527 U.S. 581 (1999) 138 F.3d 893, the Supreme Court justices wrote that the Americans with Disabilities Act did not allow for an inpatient psychiatric discharge to "an inappropriate setting, such as a homeless shelter."

17.     Facially the LPS Act of 1967 remains landmark legislation. "As applied" by Defendants, it unconscionably dumps gravely-mentally-disabled patients into homelessness and makes suicide a rational choice.

18.     Defendants denied Plaintiff her LPS rights under the plain language of the law to:

    a. provide prompt evaluation and treatment of persons with serious mental disorders;

    b. safeguard individual rights through judicial review;

    c. provide individualized treatment, supervision, and placement services by a conservatorship program for gravely disabled persons;

    d. encourage the full use of all existing agencies, professional personnel and public funds to accomplish these objectives.

COMPLAINT FOR DECLARATORY & INJUNCTIVE RELIEF

(Violation of Fourteenth Amendment Rights)

21.   Public funds come from California Proposition 63, also called the Mental Health Services Act.  It was enacted into law on January 1, 2005.  It places a 1% tax on personal income above $1 million and has generated over $15 billion.

22.   Plaintiff has a well-documented grave-mental disability with high suicidality and continues to require County of Orange and Providence access to appropriate services under the LPS Act.

23.   Plaintiff has no right of private action under the LPS Act.  She and others similarly situated have no redress except through declaratory and injunctive relief.

24.   This Complaint is filed concurrently with a Motion for Appointment of "Next Friend pursuant to Plaintiff's power of attorney Exhibit B.

25.   Plaintiff is entitled to Pro Se liberal pleading standards.


# PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor, and grant the following relief:

A.  **DECLARE** that Defendants' actions under the Lanterman Petris Short (LPS) Act of 1967 (Sections 5150, 5151 and 5152 of the Welfare and Institutions Code) are unconstitutional "as applied" to the particular facts that this complaint presents.

COMPLAINT FOR DECLARATORY & INJUNCTIVE RELIEF

(Violation of Fourteenth Amendment Rights)

1   B.  **ENJOIN** Defendants, their employees, agents, successors and assigns, and all

2   persons acting in concert with them, from discrimination by denying similarly-

3   situated gravely mentally ill patients unable to provide for their own food, clothing

4   and housing, their rights under the LPS Act.

5   C.  **AWARD** to Plaintiff her costs and fees in this action.

6   D.  **GRANT** such other relief as the Court may deem just and proper.

7

8   December 26, 2019

9   Respectfully submitted,

10

11   _____

12   Dorothy Calabrese, M.D.,
    Next Friend and Attorney-in-Fact

13   for Melissa Calabrese

14

15

16

17

18

19

20

9

COMPLAINT FOR DECLARATORY & INJUNCTIVE RELIEF

(Violation of Fourteenth Amendment Rights)

**PREPARED BY:** _____

**VALERIE A. POWERS SMITH, ESQ.**
SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 E. TAHQUITZ CANYON WAY
PALM SPRINGS CALIFORNIA 92262

---

# POWER OF ATTORNEY
## OF
# MELISSA CALABRESE

---

**WARNING: THIS DOCUMENT GIVES YOUR ATTORNEY-IN-FACT, NEXT FRIEND, THE POWER TO ACT FOR YOU IN ANY WAY YOU COULD ACT FOR YOURSELF. IT MAY BE IN YOUR BEST INTEREST TO CONSULT WITH AN ATTORNEY TO EXPLAIN ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND. YOU HAVE THE RIGHT TO REVOKE OR TERMINATE THIS POWER OF ATTORNEY AT ANY TIME.**

*KNOW ALL PERSONS BY THESE PRESENTS*: That I, **MELISSA CALABRESE** (**"Principal"**), the undersigned, do hereby make, constitute and appoint **DOROTHY CALABRESE, M.D., ("Agent")** my true and lawful Attorney-in-Fact, Next Friend, for me and in my name, place, and stead and for my use and benefit:

(A)     To ask, demand, sue for, recover, collect and receive each and every sum of money, debt, account, legacy, bequest, interest, dividend, annuity and demand (which now is or hereafter shall become due, owing or payable) belonging to or claimed by me, and to use and take any lawful means for the recovery thereof by legal process or otherwise, and to execute and deliver a satisfaction or release; therefore, together with the right and power to compromise or compound any claim or demand.

(B)     To exercise any or all of the following powers as to real property, any interest therein and/or any building thereon:  to contract thereon; to contract for, purchase, receive and take possession thereof and of evidence of title thereto; to lease the same for any term or purpose, including leases for business, residence, and oil and/or mineral development; to sell, exchange, grant or convey the same with or without warranty; to mortgage; to transfer in trust; or otherwise encumber or hypothecate the same to secure payment of a negotiable or non-negotiable note or performance of any obligation or agreement.

(C)     To exercise any or all of the following powers as to all kinds of personal property and goods to contract for, buy, sell, exchange, transfer and in any legal manner deal in and with the same; to mortgage; transfer in trust; or otherwise encumber or hypothecate the same to secure payment of a negotiable or non-negotiable note or performance of any obligation or agreement.

(D)     To borrow money and to execute and deliver negotiable or non-negotiable notes therefore with or without security, and to loan money and receive negotiable or non-negotiable notes therefore and such security as he/she shall deem proper.

(E)     To create, amend, supplement and terminate any trust and to instruct and advise the trustee of any trust wherein I am or may be trustor or beneficiary to represent and vote stock, exercise stock rights, accept and deal with any dividend, distribution or bonus, join in any corporate financing, reorganization, merger, liquidation, consolidation or other action and the extension, compromise, conversion, adjustment, enforcement or foreclosure singly or in conjunction with others of any corporate stock, bond, note, debenture or other security, to compound, compromise, adjust, settle and satisfy any obligation, secured or unsecured, owing by or to me and to give or accept any property and/or money whether or not equal to or less in value than the amount owing in payment, settlement or satisfaction thereof.

Page 2 of 6

_Mc_   (Initials)

(F)    To transact business of any kind or class and as my act and deed to sign, execute, acknowledge and deliver any deed, lease, assignment of lease, covenant, indenture, indemnity, agreement, mortgage, deed of trust, assignment of mortgage or of the beneficial interest under deed of trust extension or renewal of any obligation, subordination or waiver of priority, hypothecation, bottomry, charter-party, bill of lading, bill of sale, bill, bond, note, whether negotiable or non-negotiable, receipt, evidence of debt, full or partial release or satisfaction of mortgage, judgment and other debt, request for partial or full reconveyance of deed of trust and such other instruments in writing or any kind or class as may be necessary or proper in the premises.

(G)    To file suit on my behalf for any and all violations of my rights in any court within the United States of America; and, any actions against me for which I have a cause of action.  Specifically, my Agent (a.k.a., my Attorney-in-Fact) my take the following actions on my behalf:

(1)    Institute and defend cases in lower courts, appellate courts, High Court, Supreme Court, tribunals, forums, appellate bodies;

(2)    Submit documents, evidence, statements, declarations, and the like before appropriate authorities; including, but not limited to, court and police authorities;

(3)    Accept written statements, counter statements, counterclaim;

(4)    Enter into any compromise, settlement of case, and accept and pay money in furtherance of such compromise/settlement;

(5)    Conduct discovery (including depositions for evidence), give statements and produce documents for evidence;

(6)    Engage advocates and/or consultants; and

(7)    File revisions, appeals and/or requests for reviews in the appropriate courts.

***GIVING AND GRANTING*** unto my said Attorney-in-Fact  Next Friend, full power and authority to do and perform all and every act and thing whatsoever requisite, necessary or appropriate to be done in and about the premises as fully to all intents and purposes as I might or could do if personally present,

COMPLAINT FOR DECLARATORY & INJUCTIVE RELIEF - EXHIBIT B                    _____ (Initials)

hereby ratifying all that my said Attorney-in-Fact, Next Friend, shall lawfully do or cause to be done by virtue of these presents. The powers and authority hereby conferred upon my said Attorney-in-Fact, Next Friend, shall be applicable to all real and personal property or interests therein now owned or hereafter acquired by me and wherever situated.

My said Attorney-in-Fact, Next Friend, is empowered hereby to determine in her sole discretion the time when, purpose for and manner in which any power herein conferred upon her shall be exercised, and the conditions, provisions and covenants of any instrument or document which may be executed by her pursuant hereto; and in the acquisition or disposition of real or personal property, my said Attorney-in-Fact shall have exclusive power to fix the terms thereof for cash, credit and/or property, and if on credit with or without security.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

I do not wish to appoint anyone beyond those named above as an alternate Attorney-in-Fact.

This Power of Attorney revokes any and all prior documents wherein I granted the same authority and appointed another as my said Attorney-in-Fact.

The purpose of this creating this Power of Attorney includes; but, is not limited to, to obtain legal assistance I require due to having a chronic disability as defined by the Americans with Disabilities Act of 1990 or ADA (42 U.S.C. § 12101).

Dated: November 26 2019                    _Melissa Calabrese_
                                           **MELISSA CALABRESE**

COMPLAINT FOR DECLARATORY & INJUCTIVE RELIEF - EXHIBIT B          _MC_ (Initials)

## Exhibit A

**Details of Principal**
Melissa Calabrese

*Home address:* 38550 Carrillo Road, Murrietta, CA 92562
*Mailing address:* 2449 South El Camino Real, San Clemente, CA 92672-3351
*Telephone:* 949-369-6679

**Details of Agent (a.k.a., Attorney-in-Fact)**
Dorothy Calabrese, M.D.

*Home address:* 38550 Carrillo Road, Murrietta, CA 92562
*Mailing address:* 2449 South El Camino Real, San Clemente, CA 92672-3351
*Telephone:* 949-369-6679

Page 5 of 6

_MC_ (Initials)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

## ACKNOWLEDGMENT

STATE OF CALIFORNIA )

COUNTY OF ~~RIVERSIDE~~ ) SS. *Orange*

On __11/26__, 2019, before me, _Maxfield Samuel Conklin_, a

Notary Public, personally appeared **MELISSA CALABRESE,** who proved to me on the basis

of satisfactory evidence to be the person whose name is subscribed to the within instrument and

acknowledged to me that she executed the same in her authorized capacity, and that by her

signature on the instrument the person, or the entity upon behalf of which the person acted,

executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the

foregoing paragraph is true and correct.

WITNESS my hand and official seal.

```
MAXFIELD SAMUEL CONKLIN
COMM...2231267
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. Feb. 15, 2022
```

*/SEAL/*

Page 6 of 6

COMPLAINT FOR DECLARATORY & INJUCTIVE RELIEF - EXHIBIT B _____ (Initials)