UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV19-2492-CBM-(SPx) | Date | January 17, 2020 |
| Title | *Melissa Calabrese v. State of California et al.* | | |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER RE: APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE A DOCUMENT UNDER SEAL, PETITION FOR VENUE IN RIVERSIDE FEDERAL DISTRICT COURT, APPLICATION FOR PERMISSION FOR ELECTRONIC FILING, AND PETITION FOR APPOINTMENT OF "NEXT FRIEND"**

Pending before the Court are the following petitions and applications filed by Dorothy Calabrese, M.D. ("Petitioner"), on behalf of Plaintiff Melissa Calabrese:  (1) Application for an Order Granting Leave to File a Document Under Seal (Dkt. No. 1); (2) Petition for Venue in Riverside Federal District Court Under Americans With Disabilities Act (Dkt. No. 5); (3) Application for Permission for Electronic Filing (Dkt. No. 6); and (4) Petition for Appointment of "Next Friend" (Dkt. No. 15).

The Application for an Order Granting Leave to File a Document Under Seal (Dkt. No. 1) is **GRANTED**, and Exhibit A to the Complaint may be filed under seal.

The Complaint was filed on behalf of Plaintiff by Petitioner as Plaintiff's "next friend." Petitioner now seeks to be appointed as Next Friend for Plaintiff pursuant to Federal Rule of Civil Procedure 17(c)(2), which provides:  "A minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem.  The court must appoint a guardian ad litem--or issue another appropriate order--to protect a minor or incompetent person who is unrepresented in an action."  "In order to establish standing, the next friend must: (1) provide an adequate explanation—such as inaccessibility, mental incompetence, or other disability—why the real party in interest cannot appear on his own behalf to prosecute the action; and (2) be truly dedicated to the best interests of the person on whose behalf he or she seeks to litigate and have some significant relationship with the real party in interest."  *Miller ex rel. Jones v. Stewart*, 231 F.3d 1248, 1251 (9th

Cir. 2000); *see also Coal. of Clergy, Lawyers, & Professors v. Bush*, 310 F.3d 1153, 1159–60 (9th Cir. 2002). The Court finds Petitioner has demonstrated Plaintiff's mental incompetence precludes her from appearing on her own behalf in this action, and Petitioner has a significant relationship to Plaintiff (as Plaintiff's mother) and is dedicated to the best interests of Plaintiff. However, "a 'next friend' who is neither an attorney nor represented by one may not bring a lawsuit on behalf of minor or incompetent plaintiffs." *Roe v. Suter*, 165 F.3d 917 (9th Cir. 1998). There is no evidence before the Court demonstrating Petitioner is an attorney or represented by an attorney. Accordingly, the Petition for Appointment of Dorothy Calabrese as "Next Friend" is **DENIED WITHOUT PREJUDICE**.

To the extent Petitioner seeks to proceed in this action as "next friend" for Plaintiff, Petitioner shall obtain counsel and notify the Court re same **no later than February 17, 2020**. Petitioner's failure to obtain representation by counsel and notify the Court re same by that date may result in dismissal of this action without prejudice. *Roe v. Suter*, 165 F.3d 917 (9th Cir. 1998) (affirming dismissal of action without prejudice where next friend was neither an attorney nor represented by counsel).

Having denied without prejudice the Petitioner's Petition for Appointment as "Next Friend," Petitioner's Petition for Venue in Riverside Federal District Court Under Americans With Disabilities Act and Application for Permission for Electronic Filing are **DENIED WITHOUT PREJUDICE**. Petitioner may refile the petition and application upon obtaining counsel for this action.

**IT IS SO ORDERED.**

cc: all parties