UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-2492-CBM-(SPx) | Date | January 31, 2020 |
| Title | Melissa Calabrese v. State of California et al. | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:   IN CHAMBERS- ORDER RE: REQUEST FOR SERVICE BY U.S. MARSHAL**

Pending before the Court is the Request for Service By U.S. Marshal (the "Request") filed by Dorothy Calabrese, M.D. ("Petitioner"), on behalf of Plaintiff Melissa Calabrese.   (Dkt. No. 7.)

As set forth in the Court's January 17, 2020 Order (Dkt. No. 16), "a 'next friend' who is neither an attorney nor represented by one may not bring a lawsuit on behalf of minor or incompetent plaintiffs."   *Roe v. Suter*, 165 F.3d 917 (9th Cir. 1998).   Accordingly, the Request is **DENIED WITHOUT PREJUDICE**.   Petitioner may refile the Request upon obtaining counsel for this action.

**IT IS SO ORDERED.**