UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 19-2492-CBM-(SPx) | Date | February 10, 2020 |
|---|---|---|---|

| Title | *Melissa Calabrese v. State of California et al.* |
|---|---|

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER RE: PETITION FOR STAY**

On December 27, 2019, Dorothy Calabrese, M.D. ("Petitioner"), filed the complaint as "Next Friend" on behalf of Plaintiff Melissa Calabrese.  (Dkt. No. 2.)   On that same day, Petitioner also filed various applications and petitions with the Court.  (Dkt. Nos. 1, 5-7.)

On December 27, 2019, Plaintiff Melissa Calabrese filed a Request to Proceed In Forma Pauperis that was granted by the magistrate judge on January 2, 2020.  (Dkt. Nos. 4, 8.)

On January 2, 2020, Petitioner filed a Petition for Appointment of "Next Friend" pursuant to Federal Rule of Civil Procedure 17(c) based on Plaintiff's incompetence (the "Petition").  (Dkt. No. 15).  On January 17, 2020, the Court denied the Petition without prejudice.  (Dkt. No. 16.)   The Court found "Petitioner has demonstrated Plaintiff's mental incompetence precludes her from appearing on her own behalf in this action, and Petitioner has a significant relationship to Plaintiff (as Plaintiff's mother) and is dedicated to the best interests of Plaintiff," but found no evidence before the Court demonstrating Petitioner is an attorney or represented by an attorney.  (*Id*.)   Accordingly, the Court ordered Petitioner (not Plaintiff) to obtain counsel and notify the Court re: same no later than February 17, 2020 to the extent Petitioner Dorothy Calabrese seeks to proceed in this action as "next friend" for Plaintiff.  (*Id*.)

On January 31, 2020, Plaintiff Melissa Calabrese filed a First Amended Complaint ("FAC").  (Dkt. No. 18.)   The FAC is signed by Plaintiff Melissa Calabrese.  Accordingly, it appears Plaintiff now seeks to proceed as a pro se litigant in this action, and Petitioner no longer seeks to proceed in this

action as "next friend" for Plaintiff.[1]

On February 4, 2020, Plaintiff filed a notice of appeal, and a "Petition For Stay" wherein she states Plaintiff "gave notice [to this Court] of filing of a 9th Circuit interlocutory appeal and for a stay pending the 9th Circuit appeal.  Plaintiff has been court ordered to retain an attorney but as IFP cannot afford to do so."  (Dkt. Nos. 19, 20.)  The Court, however, has not ordered Plaintiff to retain an attorney in this action.  Notwithstanding the above, the Court **GRANTS** Plaintiff's Petition For Stay pending resolution of the appeal.

Plaintiff shall file a status report re: the appeal **no later than May 11, 2020**.

**IT IS SO ORDERED.**

---

[1] Based on the evidence filed by Petitioner, it appears Plaintiff may not be competent and appointment of a representative to protect Plaintiff's interests may be necessary.  *See* Fed. R. Civ. Proc. 17(c).  However, the Court has not conducted an evidentiary hearing re: Plaintiff's competency.