| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | FEB 28 2020 |
| | MOLLY C. DWYER, CLERK <br> U.S. COURT OF APPEALS |

MELISSA CALABRESE,

    Plaintiff-Appellant,

 v.

STATE OF CALIFORNIA; et al.,

    Defendants-Appellees.

No. 20-55120

D.C. No. 5:19-cv-02492-CBM-SP
Central District of California, Riverside

ORDER

Before: CANBY, GOULD, and WATFORD, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291. Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

MF/Pro Se