UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MELISSA CALABRESE,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>STATE OF CALIFORNIA; et al.,<br><br>        Defendants - Appellees. | No. 20-55120<br><br>D.C. No. 5:19-cv-02492-CBM-SP<br>U.S. District Court for Central California, Riverside<br><br>**MANDATE** |

The judgment of this Court, entered February 28, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT

                By: Rhonda Roberts
                Deputy Clerk
                Ninth Circuit Rule 27-7