1  Dorothy Calabrese, M.D.,
2  [Proposed] Next Friend for Melissa Calabrese
   2449 South El Camino Real
3  San Clemente, CA 92672-3351
4  T. 949.369.6679
   F. 949.369.9674
5  enviromed@msn.com
6
7                UNITED STATES DISTRICT COURT
8                CENTRAL DISTRICT OF CALIFORNIA
9
10  MELISSA CALABRESE,                    5: 19-cv-02492-CBM-SP x
11          Plaintiff,
                                          ORDER GRANTING
12      vs.                               PLAINTIFF'S APPLICATION TO
                                          FILE DOCUMENT UNDER SEAL –
13  STATE OF CALIFORNIA                   EXHIBIT A & B [31]
    COUNTY OF ORANGE
14  PROVIDENCE ST. JOSEPH
    HEALTH MISSION HOSPITAL
15  REGIONAL MEDICAL CENTER
    BRIAN CHOI, M.D.,                    COMPLAINT FOR DECLARATORY
16  TONY K CHOW, M.D.,                   AND INJUNCTIVE RELIEF
17  AFSHIN DOUST, M.D.,
    MAHDIEH FALLAHTAFTI, D.O.,           Violation of 14th Amendment Rights
18  LAWRENCE V. TUCKER, M.D.,
    TARA YUAN, M.D.
19  DOES 1-10
20          Defendants.

21  After considering the application to file under seal, and good cause appearing

22  therefore, IT IS HEREBY ORDERED THAT Exhibits A & B be filed under seal.

23
    IT IS SO ORDERED.
24

25  Dated:  MARCH 24, 2020

26

27  ‎‎ _[signature]_
28  Consuelo B. Marshall, United States District Judge