UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 19-2492-CBM-(SPx) |
| Date | April 29, 2020 |

| | |
|---|---|
| Title | *Melissa Calabrese v. State of California et al.* |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: PLAINTIFF'S REQUEST FOR SERVICE BY MARSHAL PURSUANT TO FED. R. CIV. P. 4(C)(3) AND 28 U.S.C. § 1915(D); PLAINTIFF'S MOTION FOR COURT-ASSIGNED PRO BONO COUNSEL; DECLARATION OF DOROTHY CALABRESE, M.D.; AND PLAINTIFF'S APPLICATIONS FOR AN ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pending before the Court are: (1) Plaintiff's Request for Service By Marshal Pursuant to Fed. R. Civ. P. 4(c)(3) and 28 U.S.C. § 1915(d) (Dkt. No. 48); (2) Plaintiff's Motion for Court-Assigned Pro Bono Counsel (Dkt. No. 45); and (3) Declaration of Dorothy Calabrese, M.D. re "request for appointment as Next Friend when Plaintiff has been assigned pro bono counsel" (Dkt. No. 46), filed on April 21, 2020. Plaintiff's motion and requests listed May 5, 2020 as the hearing date on the caption pages. No notice of motion 28 days prior to the hearing date was filed as required pursuant to Local Rule 6-1.

Accordingly, the Court continues the hearing date on Plaintiff's motion and requests **to June 23, 2020 at 10:00 a.m.** Oppositions to Plaintiff's motion/requests shall be filed **no later than June 2, 2020**; and Plaintiff's reply shall be filed **no later than June 9. 2020.**

Plaintiff also filed two Applications for an Order Granting Leave to File Documents Under Seal (Dkt. Nos. 47, 50). Plaintiff seeks to file three exhibits (Exhibit A – Declaration of Marcy Zwelling, M.D., Exhibit B – Capacity Declaration of Marcy Zwelling, M.D., and Exhibit C – Riverside Probate Court Investigator Report (*see* Dkt. Nos. 60, 61)) under seal which contain confidential medical information regarding Plaintiff. The Applications to seal are granted and Plaintiff may file Exhibits A, B, and C under seal.

**IT IS SO ORDERED.**

| | | | |
|---|---|---|---|
| | | 00 | : |
| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk | YS |