# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  CONSUELO B. MARSHALL

From: Daisy Rojas _____, Deputy Clerk   Date Received: June 15, 2020

Case No.: 5:19-cv-02492-CBM (SPx)   Case Title: Melissa Calabrese, M.D. v. State of California, et al.

Document Entitled: Ex Parte Application and Order Extending Deadline for Filing a Third Amended Complaint After

06-23-30 Hearing and Stipulation to Correct Defendants' 04-03-20 Pleading to Government Contractor

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☐ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ | Other: | L.R. 83-2.2.1: Any person appearing pro se cannot delegate representation and must be represented by counsel. L.R. 7-20: A separate proposed order shall be lodged with any motions/applications. |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐   The document is to be filed and processed.  The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk.  Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____   _____
Date   U.S. District Judge / U.S. Magistrate Judge

☑   The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.*  Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

June 16, 2020   _____
Date   U.S. District Judge / ~~U.S. Magistrate Judge~~

* The term "counsel" as used herein also includes any pro se party.  See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE   COPY 2 -JUDGE   COPY 3 -SIGNED & RETURNED TO FILER   COPY 4 -FILER RECEIPT

Dorothy Calabrese, M.D.

[Proposed] Next Friend for Melissa Calabrese

2449 South El Camino Real

San Clemente, CA 92672-3351

T. 949.369.6679 / F. 949.369.9674

enviromed@msn.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MELISSA CALABRESE,

               Plaintiff,

    v.

STATE OF CALIFORNIA

COUNTY OF ORANGE

PROVIDENCE ST. JOSEPH HEALTH

MISSION HOSPITAL REGIONAL MEDICAL CENTER

BRIAN CHOI, M.D.

TONY CHOW, M.D.

AFSHIN DOUST, M.D.,

MAHDIEH FALLAHTAFTI, D.O.

LAWRENCE V. TUCKER, M.D.

TARA YUAN, M.D.

DOES 1-10

           Defendants.

No. 5:19-cv-02492-CBM-SP

EX PARTE APPLICATION AND ORDER EXTENDING DEADLINE FOR FILING A THIRD AMENDED COMPLAINT AFTER 06-23-20 HEARING AND STIPULATION to CORRECT DEFENDANTS' 04-03-20 PLEADING TO GOVERNMENT CONTRACTOR

[Filed concurrently with Declaration of Dorothy Calabrese, M.D.]

SECOND AMENDED COMPLAINT FOR DECLARATORY & INJUNCTIVE RELIEF

[NO HEARING REQUIRED]

Complaint Filed:  Dec 27, 2019

Plaintiff is unrepresented and entitled to a liberal pleading standard.

**EX PARTE APPLICATION FOR EXTENSION OF TIME**

Instant Defendants are Providence St. Joseph Health and Mission Hospital (PSJH/ MHRMC).  Plaintiff hereby applies to this Court for an order extending the 06-19-20 deadline to file her third-amended Complaint on the grounds that good cause exists. The Court ordered an 06-23-20 hearing to rule on (1) IFP Marshall service, (2) Appointment of Dorothy Calabrese, M.D. as Next Friend and (3) Court request for Pro Bono counsel. [Dkt 65 on 04-23-20]

The court ordered Plaintiff to file a third amended complaint by 06-19-20 [Dkt. 71 on 06-01-20]    Under the FRCP rules, an IFP mentally-incompetent Plaintiff requires attorney representation to execute a stipulation to extend time.

Plaintiff respectfully requests the amended complaint deadline be extended to after the 06-23-20 Hearing so that Plaintiff is represented by a Court-requested Pro-Bono counsel to file the third-amended complaint under FRCP requirements.

**EX PARTE APPLICATION FOR CORRECTION OF THE RECORD**

Plaintiff hereby applies to this Court for a stipulation on the grounds that good cause exists for PSJH/ MHRMC to correct their  Motion to Dismiss [Dkt. 44, filed 04-03-20 ]  to establish in the record now that they are Lanterman-Petris-Short (LPS) Act designated facility (government) contractor.  Under the FRCP rules, an IFP mentally-incompetent Plaintiff requires attorney representation to execute a stipulation.

This Application is based on the attached Memorandum of Points and

2

Authorities, the accompanying Declaration of Dorothy Calabrese, M.D., all the pleadings in the case, and such other arguments as may properly come before this Court.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

An ex parte application is recognized as an appropriate procedure for seeking an extension of time to file a pleading.  See *Gallo Winery v. Andina Licores S.A.,* 2006 U.S. Dist. Lexis 20113, *1-2 (E.D. Cal. 2006); *Hall v. Placer County Sheriff's Department*, 2013 U.S. Dist. Lexis 114348, *1 (E.D. Cal. 2013); *Stewart v. Wachowski*, 2005 U.S. Dist. Lexis 46704, *33 (C.D. Cal. 2005).)

An ex parte motion is proper where the court does not typically need an adversary presentation from the other side in order to make its ruling.  See, *In Re Intermagnetics America, Inc.* (C.D. Cal. 1989) 101 B.R. 191, 193. Local Rule 144(c) provides the Court may grant an extension *ex parte* upon affidavit of counsel that a stipulation cannot be reasonably obtained, the reasons why such stipulation cannot be obtained, and the reasons why the extension is necessary.

Plaintiff is unrepresented and cannot legally obtain an extension-of-time stipulation without attorney representation.  Defendants will not be prejudiced by the extension whereas Plaintiff will be severely prejudiced if she does not receive the extension.

Plaintiff is unrepresented and cannot legally compel Defendants' to correct their

gross misrepresentation that they are only a private entity and not subject to Federal and State discrimination laws.  It is a matter of public record that Mission Hospital Laguna Beach, where Plaintiff was twice hospitalized, is a Lanterman-Petris-Short (LPS) Act designated facility (government) contractor.

Defendants' denial of their LPS designated-facility contract, to which Plaintiff is third party beneficiary, has already severely prejudiced Plaintiff.

At all times, Defendant has acted diligently and with good cause in moving for this extension and correction of the Defendants' status as a government contractor. Respectfully, Defendant requests that this Court grant this ex parte application.

## L.R. 7-19 & L.R. 7-19.1

Defendants Providence St. Joseph Health and Mission Hospital (PSJH/ MHRMC) are represented by:

John E West
Elizabeth Diane Ammann
Brobeck West Borges Rosa and Douville LLP
1301 Dove Street Suite 700
Newport Beach, CA 92660-2470
949-208-8070
Fax: 949-208-8075

Mr. West and Ms. Ammann were noticed of this ex parte application on 06-05-20 telephonically and by e-mail.  A pdf was sent to both attorneys.  Deputy Yolanda Skipper was notified by e-mail and a pdf of this ex parte application was also sent.   For PACER, this ex parte application is being lodged by USPS priority mail.

I declare on this the 5th day of June 2020, in the City of San Clemente, CA that the foregoing is true and correct to the best of my knowledge, under penalty of perjury.

/s/ Dorothy Calabrese, M.D.


## ORDER GRANTING EX PARTE APPLICATION

Plaintiff having shown good cause for the extension of time to file a third-amended complaint and correction of the Defendants' status under their LPS Act designated-facility contract, this Court grants Plaintiff's Ex Parte Application.

IT IS SO ORDERED.


_____

DATED:                              /s/ HON. CONSUELO B. MARSHALL