| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 19 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

MELISSA CALABRESE,

        Plaintiff-Appellant,

v.

STATE OF CALIFORNIA; et al.,

        Defendants-Appellees.

No. 20-55765

D.C. No. 5:19-cv-02492-CBM-SP
Central District of California, Riverside

ORDER

Before: SILVERMAN, McKEOWN, and BRESS, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the orders challenged in the appeal are not final or appealable. *See* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule); *see also WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (en banc) (dismissal of complaint with leave to amend is not appealable); *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986) (denial of appointment of counsel in civil case is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

      **DISMISSED.**

DA/Pro Se