UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV19-2492-CBM-(SPx) |
| Date | September 10, 2020 |
| Title | Melissa Calabrese v. State of California et al. |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: PLAINTIFF'S "EX PARTE FOR SUBSTITUTION OF PLAINTIFF AND PERMISSION TO FILE A THIRD AMENDED COMPLAINT" AND "CORRECTED EX PARTE FOR SUBSTITUTION OF PLAINTIFF AND PERMISSION TO FILE A THIRD AMENDED COMPLAINT" [87, 88]**

The matter before the Court is Plaintiff's "Ex Parte For Substitution of Plaintiff and Permission to File a Third Amended Complaint" and "Corrected Ex Parte For Substitution of Plaintiff and Permission to File a Third Amended Complaint." (Dkt. Nos. 87, 88.) While the documents are each titled "Ex Parte," they are in response to Defendants' opposition (Dkt. No. 84) to Plaintiff's original Ex Parte For Substitution of Plaintiff and Permission to File a Third Amended Complaint (Dkt. Nos. 82, 83). On September 8, 2020, the Court denied Plaintiff's original Ex Parte For Substitution of Plaintiff and Permission to File a Third Amended Complaint. (Dkt. No. 86 (the "September 8, 2020 Order").)

Plaintiff again requests that her mother Dorothy Calabrese "replace [her] as the Plaintiff in this case and be allowed to file an amended complaint." The original complaint in this action was filed on December 27, 2019. Plaintiff includes declarations from Dorothy Calabrese who again declares she was Plaintiff's temporary conservator but she filed a dismissal re the conservatorship on February 28, 2019. Dorothy Calabrese also declares that she "refiled a second time for conservatorship" but the temporary conservatorship was denied on February 7, 2020. Therefore, the prior temporary conservatorship cannot be the basis for replacing Dorothy Calabrese as plaintiff in this action. *See Skaff v. Meridien N. Am. Beverly Hills, LLC*, 506 F.3d 832, 839 (9th Cir. 2007) ("Standing must exist at the time the action is filed.").

Accordingly, consistent with the Court's September 8, 2020 Order (Dkt. No. 86), Plaintiff's request that the Court allow Dorothy Calabrese M.D. to replace her as Plaintiff and be allowed to file an amended complaint is **DENIED**.

IT IS SO ORDERED.