UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **ED CV 19-2492-CBM(SPx)** | Date SEPTEMBER 25, 2020 |
| Title Melissa Calabrese, M.D. v. State of California et al., | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court finds that defendant's motion to dismiss [77], currently set for hearing on October 6, 2020 is hereby taken off calendar and vacated. No appearances are necessary on October 6, 2020. The Court will issue a ruling.

IT IS SO ORDERED.

cc: all parties