UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

*AMENDED*

| | |
|---|---|
| Case No. | CV 18-7759-CBM(ASx) |
| Date | SEPTEMBER 25, 2020 |

Title: Rachel Scanlon et al v. County of Los Angeles, et al.,

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

The Court finds that plaintiff's motion for relief from order denying plaintiffs' motion to order defendants to produce documents pursuant to FRCP 60 (b) [94], currently set for hearing on September 29, 2020, is appropriate for decision without oral argument.

Accordingly, this motion is taken UNDER SUBMISSION and the hearing is vacated. No appearances are necessary on *September 29, 2020*. A written order will issue.

IT IS SO ORDERED.

cc: all parties

| CV-90 (12/02) | CIVIL MINUTES - GENERAL | Initials of Deputy Clerk YS |
|---|---|---|