# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melissa Calabrese,<br><br>    Plaintiff,<br>v.<br>State of California *et al.*,<br>    Defendants. | Case No.: CV 19-2492-CBM-(SPx)<br><br>**ORDER RE: NINTH CIRCUIT'S REFERRAL AND REVOCATION OF PLAINTIFF'S IN FORMA PAUPERIS STATUS [103]** |

Plaintiff filed the Complaint in this action on December 27, 2019. (Dkt. No. 2.) On January 2, 2020, the Court granted Plaintiff's Request to Proceed in Forma Pauperis. (Dkt. No. 8.) On September 25, 2020, this Court granted Defendants' Motion to Dismiss, and dismissed the action for failure to prosecute and failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b). (Dkt. No. 98 (the "Order").)

Plaintiff filed a notice of appeal of the Order on October 21, 2020. (Dkt. No. 100.) On December 3, 2020, the Ninth Circuit referred the matter to this Court "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." (Dkt. No. 103.)

The Court finds Plaintiff's in forma pauperis status should not continue for the appeal because Plaintiff's appeal of the Order is frivolous. Therefore, the Court revokes Plaintiff's in forma pauperis status. *See* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."); *Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of in forma pauperis status is appropriate where the district court finds the appeal to be frivolous).

The clerk of this Court shall provide notice to the Ninth Circuit and the parties of this Order.

**IT IS SO ORDERED.**

DATED: December 8, 2020.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

CC: 9TH COA

2