FILED
CLERK, U.S. DISTRICT COURT

OCT - 5 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  Melissa Calabrese
2  2449 South El Camino Real
   San Clemente, CA 92672-3351
3  T. 949.369.6679  / F. 949.369.9674
4  enviromed@msn.com
   Pro se
5

**UNITED STATES DISTRICT COURT**

6

**CENTRAL DISTRICT OF CALIFORNIA**

7

8

|  |  |
|---|---|
| MELISSA CALABRESE, pro se | CASE NO.: 5:19-cv-02492-CBM-SP |
| Plaintiff, | JUDGE CONSUELO B. MARSHALL |
| v. | **MOTION FOR SANCTIONS** |
| STATE OF CALIFORNIA, COUNTY OF ORANGE, PROVIDENCE ST. JOSEPH HEALTH, MISSION HOSPITAL REGIONAL MEDICAL CENTER, BRIAN CHOI, TONY CHOW, AFSHIN DOUST, MAHDIEH FALLAHTAFTI, LAWRENCE TUCKER, TARA YUAN | **AGAINST JOHN WEST, LAURA STEPHAN AND ELIZABETH AMMANN** |
|  | COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER ADA & OTHER LAWS |
| Defendants. | Date: November 9, 2021 |
|  | Time: 8 am |
|  | Dept: 8B |
|  | Complaint filed 12-27-19 |

**THE NINTH CIRCUIT REVERSAL WAS A CORRECTION OF WEST**

**AND ROSA LLP FALSE REPRESENTATIONS TO THIS COURT**

The U.S. Court of Appeals for the Ninth Circuit VACATED this Court's

frivolous ruling and REMANDED the case on 08-21-21. John West, Laura Stephan

and Elizabeth Ammann obstructed Plaintiff's due process by outright lying

repeatedly to this Court as the basis for their motions to dismiss, which were granted.

## I.   ATTORNEYS FOR WHOM SANCTIONS
## ARE BEING SOUGHT AGAINST

The attorneys who severely abused Plaintiff, successfully denying her due process and equal protection in this Court are:

John Edward West #89809
1301 Dove St Ste 700
Newport Beach, CA 92660-2470

Laura Carrell-Stephan #156620
PO Box 506
Council, ID 83612-0506

Elizabeth D. Ammann #283756
744 P St
Sacramento, CA 95814-6400

These three officers of the court intentionally and repeatedly invented totally false representations to intentionally deceive this federal court and deny an The Americans with Disabilities Act (ADA)-disabled pro se Plaintiff her rights to due process and equal protection.   John West, as lead counsel, shares full responsibility for all sanctionable conduct.

## II.   THE REASONS WHY SANCTIONS
## SHOULD BE GRANTED

Evidence of bad faith and improper motive becomes undeniably clear when paired with West and Rosa's repeated violation of Rule 11 in a multitude of ways.

Their lies are well documented in the record:

**A.  That Providence St. Joseph Health / Mission Hospital Medical Center (PSJH & MHMC) was a "private entity" and ADA exempt.**  It is public knowledge that PSJH & MHMC receives large amounts of Federal monies and they are not ADA exempt.

**B. That Plaintiff "failed to prosecute."**  They knew there was never failure to prosecute. The case was active in the Ninth Circuit and actively being prosecuted as they made their intentionally false motions to dismiss.

## III.   AUTHORITY PURSUANT TO THE SANCTIONS REQUESTED

**A.  Fed. R. Civ. P.  28 U.S.C. § 1927 Rule 11** states that by presenting a pleading to the court, an attorney certifies that "to the best of the person's knowledge, information, and belief, formed after a reasonable inquiry under the circumstances, the complaint is not being filed for an improper purpose and is well-grounded in law and fact." Fed. R. Civ. P. 11(b)

**B.   Fed. R. Civ. P. 11(B) Rule 11 - Advisory Committee Notes - 1993 Amendment.** "The revision permits the court to consider whether other attorneys in the firm, co-counsel, other law firms, or the party itself should be

held accountable for their part in causing a violation." Notably, because Rule 11 only requires a signature by "at least one attorney," Fed. R. Civ. P. 11(a), documents are frequently presented to federal courts which list several attorneys as counsel but contain the signature of only one. Regardless, as amended in 1993, Rule 11 allows for sanctions "on any attorney . . . that violated the rule or is responsible for the violation." Fed. R. Civ. P. 11(c)(1)

## C.   Sanctions Pursuant to the Court's Inherent Authority

"Even if there are sanctions available under statutes or specific federal rules of procedure... the 'inherent authority' of the court is an independent basis for sanctioning bad faith conduct in litigation." Dell, Inc. v. Elles, No. 07-2082, 2008 WL 4613978, at *2 (6th Cir. June 10, 2008) (citing Chambers v. NASCO, Inc., 501 U.S. 32, 49-50 (1991)); see also Runfola & Assocs. v. Spectrum Reporting II, Inc., 88 F.3d 368, 375 (6th Cir. 1996) ("In addition to Rule 11 and 28 U.S.C. § 1927, a district court may award sanctions pursuant to its inherent powers when bad faith occurs.").  Furthermore, Rule 11 is not the exclusive source for control of improper presentations of claims, defenses, or contentions. It does not inhibit the court in punishing for contempt, in exercising its inherent powers, or in imposing sanctions, or directing remedial action authorized under other rules or under 28 U.S.C. § 1927.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IV. THE TYPES OF SANCTIONS REQUESTED

The standard includes but is not limited to: "requiring participation in seminars or other education programs; ordering a fine payable to the court; and referring the matter to disciplinary authorities." Fed. R. Civ. P. 11 Advisory Committee Notes (1993 Amendment). Furthermore, the conduct of Defendants' counsel violated the California Rules of Professional Conduct and calls into question their fitness to practice law. This warrants a referral for investigation and possible suspension or disbarment to the appropriate disciplinary authority to the CA State Bar  see Fed. R. Civ. P. 11 Advisory Committee Notes (1993 Amendment) (explaining that such referrals are available as a sanction for violating the rule).

# CONCLUSION

West and Rosa LLP by law were required to act with due diligence and act in good faith based on a proper purpose.  The record proves unequivocally that they engaged in litigation practices that are abusive and, in turn, sanctionable.  West and Rosa LLP undermined the People's faith in our democracy and debased the judicial process to do so.

West and Rosa LLP attorneys took an oath to uphold and honor our legal system. The sanctity of both the courtroom and the litigation process are preserved

only when attorneys adhere to this oath and follow the rules, and only when courts impose sanctions when attorneys do not.

Plaintiffs' attorneys have scorned their oath, flouted the rules, and attempted to undermine the integrity of this Court. This Court is duty-bound to grant Plaintiff's motions for sanctions to Rule 11 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1927, and its own inherent authority.

Sanctions are intended to prevent this travesty of justice and fraud upon this Court by punishing West and Rosa's aggressive tactics, clever gamesmanship and arrogance that far exceeded zealous advocacy.

RESPECTFULLY SUBMITTED

Melissa Calabrese

Pro Se

September 27, 2021

6

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

## ACKNOWLEDGMENT

STATE OF CALIFORNIA          )

                                    SS.

COUNTY OF ORANGE ————)

On SEPTEMBER 27, 2021, before me,  a Notary

Public, personally appeared MELISSA CALABRESE, who proved to me on the basis of satisfactory

evidence to be the individual whose name is subscribed to the within instrument and acknowledged to

me that she executed the same in her authorized capacity and that by her signature on the instrument the

individual, or the entity upon behalf of which the person acted, executed the instrument.

MOTION FOR SANCTIONS AGAINST JOHN WEST,

LAURA STEPHAN AND ELIZABETH AMMANN

      I certify under penalty of perjury under the laws of the State of California that the foregoing

paragraph is true and correct.

      WITNESS my hand and official seal.

JAMES PAK
Notary Public - California
Orange County
Commission # 2357487
My Comm. Expires May 13. 2025

1 | Melissa Calabrese
2 | 2449 South El Camino Real
| San Clemente, CA 92672-3351
3 | T. 949.369.6679 / F. 949.369.9674
4 | enviromed@msn.com
| Pro se
5

**UNITED STATES DISTRICT COURT**

6
**CENTRAL DISTRICT OF CALIFORNIA**
7

8

| | |
|---|---|
| MELISSA CALABRESE,<br>pro se | CASE NO.: 5:19-cv-02492-CBM-SP |
| Plaintiff, | JUDGE CONSUELO B. MARSHALL |
| | **MOTION FOR SANCTIONS** |
| v. | **AGAINST WEST & ROSA LLP** |
| STATE OF CALIFORNIA,<br>COUNTY OF ORANGE,<br>PROVIDENCE ST. JOSEPH<br>HEALTH, MISSION HOSPITAL<br>REGIONAL MEDICAL CENTER,<br>BRIAN CHOI, TONY CHOW,<br>AFSHIN DOUST, MAHDIEH<br>FALLAHTAFTI, LAWRENCE<br>TUCKER, TARA YUAN | ✓**MEMORANDUM OF P&A** |
| | **& LOCAL RULE 7-3** |
| | COMPLAINT FOR DECLARATORY<br>AND INJUNCTIVE RELIEF UNDER<br>ADA & OTHER LAWS |
| Defendants. | Date: November 9, 2021 |
| | Time: 8 am |
| | Dept: 8B |
| | Complaint filed 12-27-19 |

**MEMORANDUM OF POINTS & AUTHORITIES**

VIOLATIONS OF PROFESSIONAL CONDUCT

1. Rule 11 of the Federal Rules of Civil Procedure, 28 U.S.C. § 1927

2. Fed. R. Civ. P. 11(b) Rule 11 had language added in 1993. (Fed. R. Civ. P. 11

Advisory Committee Notes - 1993 Amendment).

3. Sanctions Pursuant to the Court's Inherent Authority

Dell, Inc. v. Elles, No. 07-2082, 2008 WL 4613978, at *2 (6th Cir. June 10, 2008) (citing Chambers v. NASCO, Inc., 501 U.S. 32, 49-50 (1991)); Runfola & Assocs. v. Spectrum Reporting II, Inc., 88 F.3d 368, 375 (6th Cir. 1996)

**LOCAL RULE 7-3**

This motion is made following e-mail and telephonic requests of John West for the conference of counsel pursuant to L.R. 7-3.  West and Rosa LLP did not respond.

_Melissa Calabrese_

Melissa Calabrese, Pro Se

Date: September 27, 2021

2

Melissa Calabrese
2449 South El Camino Real
San Clemente, CA 92672-3351
T. 949.369.6679  / F. 949.369.9674
enviromed@msn.com
Pro se

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA CALABRESE,<br>pro se<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br>COUNTY OF ORANGE,<br>PROVIDENCE ST. JOSEPH<br>HEALTH, MISSION HOSPITAL<br>REGIONAL MEDICAL CENTER,<br>BRIAN CHOI, TONY CHOW,<br>AFSHIN DOUST, MAHDIEH<br>FALLAHTAFTI, LAWRENCE<br>TUCKER, TARA YUAN<br><br>Defendants. | CASE NO.: 5:19-cv-02492-CBM-SP<br><br>**PROPOSED ORDER**<br><br>**MOTION FOR SANCTIONS AGAINST JOHN WEST, LAURA STEPHAN AND ELIZABETH AMMANN**<br><br>COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER ADA & OTHER LAWS<br><br>Date: November 9, 2021<br><br>Time: 8 am<br><br>Dept: 8B<br><br>Complaint filed 12-27-19 |

After consideration of Plaintiff. Melissa Calabrese's Motion For Sanctions

Against John West, Laura Stephan And Elizabeth Ammann is granted.

Dated:

_____

JUDGE CONSUELO B. MARSHALL

1  Melissa Calabrese
2  2449 South El Camino Real
   San Clemente, CA 92672-3351
3  T. 949.369.6679  / F. 949.369.9674
4  enviromed@msn.com
   Pro se
5
                    **UNITED STATES DISTRICT COURT**
6
                    **CENTRAL DISTRICT OF CALIFORNIA**
7
8
   MELISSA CALABRESE,                    CASE NO.: 5:19-cv-02492-CBM-SP
9  pro se
                                         JUDGE CONSUELO B. MARSHALL
10              Plaintiff,
                                         **MOTION FOR SANCTIONS**
11      v.                               **AGAINST JOHN WEST, LAURA**
                                         **STEPHAN AND ELIZABETH**
12 STATE OF CALIFORNIA,                  **AMMANN**
   COUNTY OF ORANGE,
13 PROVIDENCE ST. JOSEPH                 ✓**CERTIFICATE OF SERVICE**
   HEALTH, MISSION HOSPITAL
14 REGIONAL MEDICAL CENTER,              COMPLAINT FOR DECLARATORY
   BRIAN CHOI, TONY CHOW,                AND INJUNCTIVE RELIEF UNDER
15 AFSHIN DOUST, MAHDIEH                 ADA & OTHER LAWS
   FALLAHTAFTI, LAWRENCE
16 TUCKER, TARA YUAN                     Date: November 9, 2021

17              Defendants.              Time: 8 am

18                                       Dept: 8B

19                                       Complaint filed 12-27-19

20
   I am over the age of 18 and not a party to this case.  My business address is:
21
22 2449 South El Camino Real, San Clemente, CA 92672. On 10-04-21, I served a

23 true and correct copy of these documents entitled:
24
25 MOTION FOR SANCTIONS AGAINST JOHN WEST, LAURA STEPHAN AND
26
   ELIZABETH AMMANN,
27
28

MEMORANDUM OF P&A & LOCAL RULE 7-3 &

PROPOSED ORDER

on Providence St. Joseph Health & Mission Hospital Regional Medical Center

by placing a true and correct copy thereof in a sealed envelope in the United States

mail, first class, postage prepaid, and addressed as follows:

John West
Brobeck West Borges Rosa and Douville LLP
1301 Dove Street Suite 700
Newport Beach, CA 92660-2470
T. 949-208-8070 F. 949-208-8075


I declare under penalty of perjury on 10-04-21 in the City of San Clemente,

under the laws of the United States that the foregoing is true and correct.


M. Kennedy

# EXPRESS MAIL

## UNITED STATES POSTAL SERVICE

Flat Rate Envelope

Visit us at usps.com

PLEASE NOTE:

fix customs
or 2976A).

## UNITED STATES POSTAL SERVICE ®   |   PRIORITY MAIL EXPRESS ®

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.

Federal Agency Acct. No.

EJ 977 490 591 US

OCT - 5 2021

CBM

COURT

Place Mailing Label Here:

### CUSTOMER USE ONLY
**FROM: (PLEASE PRINT)**   PHONE ( 949 ) 369-6679

DOROTHY CALABRESE M.D
244 9 SOUTH EL CAMINO REAL
SAN CLEMENTE, CA 92672-3351

### DELIVERY OPTIONS (Customer Use Only)

☐ **SIGNATURE REQUIRED** *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
*"Refer to USPS.com® or local Post Office™ for availability.*

**TO: (PLEASE PRINT)**   PHONE ( 213 ) 894-5270

YOLANDA SKIPPER, Clerk
HON. CONSUELO MARSHALL
FIRST. ST. COURT HOUSE
350 WEST FIRST ST. SUITE 4311 ROOM 5176
LOS ANGELES, CA
ZIP + 4® (U.S. ADDRESSES ONLY)

9 0 0 1 2 - 4 5 6 5

↖ **PEEL FROM THIS CORNER**

- **For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.**
- **$100.00 insurance included.**

### ORIGIN (POSTAL SERVICE USE ONLY)

| PO Zip Code | Day | | |
|---|---|---|---|
| 92674 | ☒ 1-Day | ☐ 2-Day | ☐ Military   ☐ DPO |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 10/4/21 | 10/5/21 | $ 27.10 |

| Time Accepted | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 9:19  ☒AM  ☐PM | ☒ 6:30 PM | $ — | $ — |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| $ — | $ — | $ — | $ — |

| Weight | Acceptance Employee Initials | Total Postage & Fees |
|---|---|---|
| ☒Flat Rate   lbs.11.40 ozs. | BC | $ 27.10 |

### DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐AM  ☐PM | |

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐AM  ☐PM | |

LABEL 11-B, MAY 2021          PSN 7690-02-000-9996



Please Recycle

PS10001000006