UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **ED CV 19-2492-CBM(SPx)** | Date | NOVEMBER 9, 2021 |
|---|---|---|---|
| Title | Melissa Calabrese, M.D. v. State of California et al | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Terri Hourigan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No appearance made | Tuyet Tran |

Proceedings:    STATUS CONFERENCE; MOTION FOR PERMISSION[110]; MOTION FOR RELEASE [111]; MOTION FOR SANCTIONS[112]; PLAINTIFF'S REQEUST FOR SERVICE, ETC., [113]; APPLICATION FOR CONFIDENTIAL HEALTH RECORDS TO BE SEALED[116]

The case is called and counsel state their appearance.  The Court and counsel confer.  The Court understands that the Magistrate Judge has issued an order approving the mother to be the guardian and was given 30 days in which to obtain counsel.

Following discussions with the parties, the Court advises counsel that the motions are taken under submission as stated on the record.  The Court would like to give the guardian an opportunity to obtain counsel.

A written order will issue.

IT IS SO ORDERED.

cc: all parties

**: 13**