UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:19-cv-02492-CBM (SPx) | Date | December 8, 2021 |
|---|---|---|---|
| Title | Melissa Calabrese v. State of California, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:**  (In Chambers) Order Granting Request for Appointment of Counsel [124]

On November 8, 2021, the court appointed Dorothy Calabrese as guardian ad litem to prosecute the claims of Melissa Calabrese in this action, on the condition that she retain counsel. In response, on November 16, 2021, Dorothy Calabrese filed a motion for reconsideration (docket no. 124), apparently seeking reconsideration of only the portion of the order requiring her to retain counsel, stating she has been unable to retain counsel and asking the court to appoint counsel.

There is no constitutional right to appointed counsel in civil actions. *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981). But in exceptional circumstances, the court may request counsel to voluntarily provide representation. 28 U.S.C. § 1915(e)(1); *see Mallard v. U.S. Dist. Court*, 490 U.S. 296, 301-10, 109 S. Ct. 1814, 104 L. Ed. 2d 318 (1989). Because counsel from the law firm of Larson LLP have agreed to serve as pro bono counsel for plaintiff in this case, the court now grants the motion for reconsideration to the extent of appointing counsel.

Specifically, the court hereby appoints Jerry A. Behnke and Catherine Sima Owens from Larson LLP to represent plaintiff's guardian ad litem Dorothy Calabrese in this matter. Counsel are ordered to file notices of appearance in this case, and to appear in person at the status conference set for December 14, 2021 at 10:00 a.m. before Judge Marshall.

cc:  Jerry A. Behnke, Esq.
     Catherine Sima Owens, Esq.