UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 19-2492-CBM-(SPx) | Date | March 2, 2022 |
| Title | Melissa Calabrese v. State of California et al. | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:   IN CHAMBERS- ORDER RE: DEADLINE TO FILE THIRD AMENDED COMPLAINT**

There is no operative complaint on file in this action. The Court previously ordered that a Third Amended Complaint be filed no later than March 21, 2022. (Dkt. No. 143.)

Based upon Local Rule 83-2.2.1, the guardian ad litem Dorothy Calabrese must be represented by counsel. The Court previously appointed counsel to represent the guardian ad litem in this action. (Dkt. No. 128.) On January 20, 2022, appointed counsel filed a motion to be relieved as counsel and to withdraw as counsel. (Dkt. No. 139 (the "Motion").) The guardian ad litem did not object to the Motion. On February 22, 2022, the Court granted the Motion to be relieved as counsel and to withdraw as counsel filed by appointed counsel. (Dkt. No. 145.)

Pending before the Court is the guardian ad litem's request to appoint new counsel. (Dkt. No. 144.) The guardian ad litem requests that the Court extend the deadline to file a Third Amended Complaint. In light of the pending request for appointment of new counsel, the Court extends the deadline to file a Third Amended Complaint to **April 21, 2022.**

**IT IS SO ORDERED.**