UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | ED CV 19-2492-CBM(SPx) |
| Date | APRIL 12, 2022 |
| Title | Melissa Calabrese, M.D. v. State of California et al |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Judy Moore |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dorothy Calabrese, Guardian In Pro Se | Tuyet T. Tran |

**Proceedings:** HEARING RE PLAINTIFF'S MOTION FOR GUARDIAN AD LITEM TO BE PRO SE, ETC., [150]; PLAINTIFF'S REQUEST TO APPOINT COUNSEL [144]; LETTER FROM GUARDIAN AD LITEM [149]

The case is called and counsel state their appearance. The Court, Guardian Ad Litem and counsel confer regarding the status of the case.

Following discussions with the parties, the Court advises counsel that the Plaintiff's motion [150] for Guardian Ad Litem to be Pro Se is hereby denied as moot. Plaintiff's request to appoint counsel [144] [149]is hereby denied.

The Court further orders the plaintiff's request for extension of time to file the third amended complaint is denied as moot. The plaintiff's request to stay the case is denied. A written order will issue as to these motions as stated on the record.

IT IS SO ORDERED.

cc: all parties                                                                                               **:25**