# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melissa Calabrese,<br><br>　　　　Plaintiff,<br>v.<br>State of California *et al.*,<br>　　　　Defendants. | Case No.: CV 19-2492-CBM-SP(x)<br><br>**ORDER RE: APPLICATION FOR COURT ORDER FOR IFP TRANSCRIPT RELEASE FOR 9TH CCA CASE NO: 22-55408**<br><br>[157][158] |

　　　　The matter before the Court is the "Application for Court Order for IFP Transcript Release for 9th CCA Case No: 22-55408" filed by Dorothy Calabrese, the Guardian ad litem. (Dkt. No. 157, 158[1] (the "Application").) The Application requests "a court order for an IFP release of hearing transcripts for 12-15-22,[2] 02-22-22 and 04-12-22 to submit to the Ninth Circuit in Case #22-55408." (*Id.*)

　　　　On April 19, 2022, a notice of appeal was filed (Dkt. No. 154) appealing the Court's Minutes of the April 12, 2022 hearing (Dkt. No. 153). Dkt. No. 153 is not

---

[1] Dkt. Nos. 157 and 158 are identical.
[2] December 15, 2022 is a future date. The Court assumes the Guardian Ad Litem meant to refer to December 15, 2021.

1  a final, appealable order. However, the Court subsequently issued a final,
2  appealable order on April 22, 2022 regarding the matters that were heard on April
3  12, 2022. (Dkt. No. 156.) Accordingly, the Court assumes that the Guardian ad
4  litem seeks to appeal the Court's April 22, 2022 Order which ruled on the
5  Guardian Ad Litem Dorothy Calabrese's Request for Appointment of Counsel
6  (Dkt. No. 144) and Motion for 1) Guardian Ad Litem to Be Pro Se Under FRCP
7  17(c)(2) with L.R. 83-2.2 Waived or Amended; 2) Amended Complaint Filing
8  Deadline Be Modified; 3) IFP Marshall Service; and 4) PSJH Release of Complete
9  Medical Records (Dkt. No. 150). (*See* Dkt. No. 156.)

On January 2, 2020, the Court granted Plaintiff's Request to Proceed in Forma Pauperis. (Dkt No. 8.) On December 8, 2020, the Court revoked Plaintiff's in forma pauperis status. (Dkt. No. 104.) The Court hereby reinstates Plaintiff's in forma pauperis status.

Therefore, the Court **GRANTS** the Application as to the request for the hearing transcript for April 12, 2022, and **DENIES** the Application as to the December 15, 2021 and February 22, 2022 hearings which do not appear to be the subject of the appeal.

**IT IS SO ORDERED.**

DATED: May 6, 2022.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

CC:REPORTERS