UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | ED CV 19-2492-CBM(SPx) |
| Date | MAY 9, 2022 |

Title: Melissa Calabrese, M.D. v. State of California et al

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that pursuant to the Judge's directive and pursuant to the Order filed on May 6, 2022 [159] the transcript of April 12, 2022 delivery turnaround is to be within 24 hours from today, transcript is to be released to Dorothy Calabrese, Guardian Ad Litem.

The transcript of April 12, 2022 is to be paid by court at government cost.

IT IS SO ORDERED.

cc: all parties; court reporter

CV-90                     **CIVIL MINUTES - GENERAL**                     Initials of Deputy Clerk ys